URBAN LEAGUE OF ESSEX COUNTY v. TOWNSHIP
OF MAHWAH.

March 11, 1980.

Certification to Superior Court, Law Division is granted.

STATE OF NEW JERSEY v. NEMESIO APONTE.

March 17, 1980.

Petition for certification denied.

STATE OF NEW JERSEY v. JULIUS MORRIS.

March 17, 1980.

Petition for certification denied.